U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Advice of Rights and Waiver

## Statement of Rights

JA • You have the right to remain silent.

JA • Anything you say can be used against you in court.

JA • You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.

JA • If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.

JA • If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

## Waiver

I have read this statement of my rights or it has been read to me, and I understand these rights. At this time I am willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Signature: _[signed]_

Printed Name: Josu Amayo

Witness Signature: _[signed]_ (5100) _[signed]_

Printed Name: Robert Castillo, Darren Johnson

Date/Time: 8/25/21 2:40 P.M

Note: Previous Editions Are Obsolete

ATF Form 3200.4
Revised September 2005