EXHIBIT 1