| Title of Investigation: | Investigation Number: | Report Number: 8 |



**PHOTO OF GUN SAFE**



EXHIBIT 2

United States Courts
Southern District of Texas
FILED

JAN 2 8 2022

Nathan Ochsner, Clerk
Laredo Division