

JAN 8 8 2022   FV
Laredo Division

EXHIBIT

3