

Exh. 4 Interview at Quail Hollow