

DEFENDANT'S EXHIBIT
JA 5-1